# EXHIBIT A

**BARRETT & PAVLUK , LLC**
**Judson B. Barrett, Esquire – NJ Attorney #015531984**
ATTORNEYS AT LAW
1200 EAGLE AVENUE, SUITE 204
OCEAN, NJ  07712
(732) 493-2800
ATTORNEYS FOR PLAINTIFF(S)

| | |
|---|---|
| NADINE GARY<br>　　　*PLAINTIFF(S)*,<br><br>　　　　　　VS.<br><br>WALMART,<br>JOHN DOE 1-5 (fictitious), and<br>ABC CORP. 1-5 (fictitious)<br>　　　*DEFENDANT(S)* | SUPERIOR COURT OF NEW JERSEY<br>MONMOUTH COUNTY<br>LAW DIVISION<br><br>Docket No.<br><br>**COMPLAINT** |

Plaintiff, Nadine Gary, residing in the Borough of Keyport, County of Monmouth, State of New Jersey, by way of Complaint against the defendants, says:

### FIRST COUNT

1. On or about April 13, 2018, the plaintiff, Nadine Gary, was lawfully on the or near the premises of the Walmart store located on Route 66 in the Township of Neptune, County of Monmouth, State of New Jersey. Plaintiff was caused to slip and fall in the store.

2. At all times relevant hereto, the defendant, Walmart, its agents, servants and/or employees, was the landlord, owner, operator and/or maintainer of the subject premises and/or the employer of the maintainer of the subject property.

3. At the same time and place aforesaid, the plaintiff was caused injury as a result of the negligence of the defendant, its agents, servants and/or employees, in creating and maintaining a dangerous and hazardous condition on their premises and common areas.

4. As a direct and proximate result of the negligence of the defendant, Walmart, by its agents, servants and/or employees in creating and maintaining a dangerous and hazardous condition, plaintiff sustained severe and painful temporary and permanent injuries, suffered and will continue to suffer great pain, was required and will in the future be required to seek medical attention for her injuries, have and will in the future be required to remain away from her lawful business and occupation.

**WHEREFORE**, plaintiff, Nadine Gary, demands Judgment against the defendant, Walmart, its agents, servants and/or employees, jointly and severally, for damages, interest, costs of suit and attorneys fees.

## SECOND COUNT

1. Plaintiff, Nadine Gary, repeats each and every allegation contained in the First Count of the Complaint and makes the same a part hereof.

2. At all times relevant hereto, the defendant, John Doe 1-5, fictitious names, by its agents, servants and/or employees, was the owner or landlord of the premises or was responsible for the design, construction, management and/or maintenance and/or cleaning of the subject premises and common areas

3. At the same time and place aforesaid, the plaintiff was caused to slip and fall as a result of the negligence of the defendant, John Doe 1-5, fictitious names, its agents, servants and/or employees, in creating and maintaining a dangerous and hazardous condition on the subject premises and common areas.

4. As a direct and proximate result of the negligence of the defendant, John Doe 1-5, fictitious names, its agents, servants and/or employees, in creating and maintaining a dangerous and hazardous condition, plaintiff sustained severe and painful temporary and permanent injuries, suffered and will continue to suffer great pain, was required and will in the future be required to seek medical attention for his injuries.

**WHEREFORE**, plaintiff, Nadine Gary, demands Judgment against the defendant, John Doe 1-5, fictitious names, its agents, servants and/or employees, jointly and severally, for damages, interest, costs of suit and attorneys fees.

### THIRD COUNT

1. Plaintiff, Nadine Gary, repeats each and every allegation contained in the First and Second Counts of the Complaint and makes the same a part hereof.

2. At all times relevant hereto, the defendant, ABC Corporation 1-5, fictitious names, by its agents, servants and/or employees, was the owner or landlord of the premises or was responsible for the design, construction, management and/or maintenance and/or cleaning of the subject premises and common areas.

3. At the same time and place aforesaid, the plaintiff was caused to slip and fall as a result of the negligence of the defendant, ABC Corporation 1-5, fictitious names, its agents, servants and/or employees, in creating and maintaining a dangerous and hazardous condition on the subject premises and common areas.

4. As a direct and proximate result of the negligence of the defendant, ABC Corporation 1-5, fictitious names, its agents, servants and/or employees, in creating and maintaining a dangerous and hazardous condition, plaintiff sustained severe and painful temporary and permanent injuries, suffered and will continue to suffer great pain, was required and will in the future be required to seek medical attention for his injuries.

**WHEREFORE**, plaintiff, Nadine Gary, demands Judgment against the defendant, ABC Corporation 1-5, fictitious names, its agents, servants and/or employees, jointly and severally, for damages, interest, costs of suit and attorneys fees.

### JURY DEMAND

Plaintiffs demand a trial by jury as to all issues.

## CERTIFICATION PURSUANT TO R. 4:5-1

The undersigned hereby certifies the accuracy of the following:

1. Court actions which are pending: None.

2. Pending or contemplated arbitration proceedings: None.

3. Pending Workers' Compensation proceedings: None.

## DESIGNATION OF TRIAL COUNSEL

Pursuant to the provisions of Rule 4:25-4 the court is advised that **JUDSON B. BARRETT** is hereby designated as trial counsel.

BARRETT & PAVLUK, LLC
Attorneys for Plaintiff(s)

By: _____
Judson B. Barrett

Dated: 3/12, 2020

# Civil Case Information Statement

**Case Details: MONMOUTH | Civil Part Docket# L-000931-20**

**Case Caption:** GARY NADINE  VS WALMART
**Case Initiation Date:** 03/13/2020
**Attorney Name:** JUDSON BERNARD BARRETT
**Firm Name:** BARRETT & PAVLUK, LLC
**Address:** 1200 EAGLE AVE STE 204
OCEAN NJ 077127631
**Phone:** 7324932800
**Name of Party:** PLAINTIFF : GARY, NADINE
**Name of Defendant's Primary Insurance Company
(if known):** Unknown

**Case Type:** PERSONAL INJURY
**Document Type:** Complaint with Jury Demand
**Jury Demand:** YES - 6 JURORS
**Is this a professional malpractice case?** NO
**Related cases pending:** NO
**If yes, list docket numbers:**
**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO
**Are sexual abuse claims alleged?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
    **If yes, for what language:**


**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

03/13/2020                                                                                          /s/ JUDSON BERNARD BARRETT
Dated                                                                                                                    Signed

```
MONMOUTH COUNTY
SUPERIOR COURT
PO BOX 1269
FREEHOLD            NJ 07728
                                         TRACK ASSIGNMENT NOTICE
COURT TELEPHONE NO. (732) 358-8700
COURT HOURS  8:30 AM - 4:30 PM

                          DATE:    MARCH 13, 2020
                          RE:      GARY NADINE   VS WALMART
                          DOCKET:  MON L -000931 20

     THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 2.

     DISCOVERY IS   300 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

     THE PRETRIAL JUDGE ASSIGNED IS:  HON OWEN C. MCCARTHY

      IF YOU HAVE ANY QUESTIONS, CONTACT TEAM     003
AT:   (732) 358-8700.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                          ATTENTION:
                                      ATT: JUDSON B. BARRETT
                                      BARRETT & PAVLUK, LLC
                                      1200 EAGLE AVE STE 204
                                      OCEAN            NJ 07712-7631

ECOURTS
```